ROGER CHARLES LANIER "Prose"
220979
    Plaintiff,

V.

Gov. BOB RILEY, COMMISSIONER
RICHARD F. ALLEN, WARDEN J.
WISE, WARDEN MITCHEUM, WARDEN
LEVON THOMAS, WARDENS AND CAPTAINS
JOHN DOES AND ETC. AL.,
    Defendants.

RECEIVED
2006 APR 19 A 9:41

2:06cv353-WHA

Jury Trial requested

## MOTION FOR APPOINTMENT of COUNSEL

Comes now the plaintiff Roger Charles Lanier in the above style cause "prose" requesting this Honorable Court to grant the plaintiff Counsel for the following reasons, Pursuant to 28 U.S.C. 1915(d)

1). the plaintiff is unlettered and the appointment of Counsel would give the plaintiff equal representation as the defendants.

2). plaintiff is being held in a Mental Health lock-up unit where access to the Courts is not meaningful, adequate or effective.

3) plaintiff is being retaliated against for filing and doing the legal work.

4). plaintiff is unable to conduct discovery, obtain facts to prove meritorious claims and other difficult tasks of litigation

5. Plaintiff is not able to afford Counsel

Submitted this 18th day of April

Roger C. Lanier
Roger C. Lanier