# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA.

ROGER CHARLES LANIER
220079          plaintiff,

V.

Gov. BOB RILEY, COMMISSIONER
RICHARD F. ALLEN, etc. AL,
                   Defendants.

RECEIVED
2006 APR 19 A 9:41

2:06cv353-LDHA

Jury Trial requested

## MOTION FOR TEMPORARY RESTRAINING ORDER

Comes now Roger Charles Lanier, the plaintiff in the above style cause "Pro Se" requesting this Honorable court to grant this motion for a temporary Restraining order/injunction against the defendants of the Alabama Dept. of Corrections as a whole for the following reasons:

1.) There has been at least five attempts made on my life to murder me by inmates and officers who are being paid by a civilian to do so. This has been taking place since 2002 and is noted so in my institutional jacket.

2) Members of the Mental Health staff, some officers and inmates are putting prescribed medications such as antipsychotic medications in my food, water and cups. This is being done to make me mentally impaired and sedate me so that officers and inmates can search my property, body, legal work, notes & data bank which is the basis for plaintiff's 1983 suit plaintiff is bringing forth. While plaintiff is sedated officers allow inmates to steal, destroy, view and read the plaintiff's personal letters, cards and photo's

3) plaintiff is facing retaliation by officers, inmates the administration, Mental Health and this civilian who is

1

named in my file., who is paying these people to do so. Plaintiff is receiving these forms of retaliation in the forms of threats on plaintiff's life and families life, having more time added to plaintiff's sentence, denying plaintiff access to courts by improperly locking plaintiff in Mental Health lock up after plaintiff has refused treatment medication under the Doctrine of Informed Consent and requested to be moved from around Mentally ill patients. plaintiff has been constantly been assaulted by officers and inmates. plaintiff has been denied medical care, adequate medical care and delayed medical care.

4.) plaintiff's outgoing and incoming mail are being read and most likely copied/delayed, This is to include plaintiff's privileged Legal mail. plaintiff has been kept away from the phones and is video monitored in his cell even while doing body functions by opposite sex. Plaintiff is being bugged also with a wire.

5.) plaintiff has been sexually groped by officers & inmates during a search for legal work plaintiff stuffed in his pants before the medication knocked him out.

6.) plaintiff has been transfered all over the state of AL. in the ADOC, The civilian is allowed to operate within the DOC by paying ADOC employees and inmates with Drugs and money to do his will while he sells drugs in the prisons. I have asked to speak to Internal Investigations and have wrote the commissioner along with my family's phone calls. I have wrote the F.B.I. also. Plaintiff is being fed Ensures instead of food.

Wherefore all premises being considered the plaintiff prays this Honorable Court will grant this motion.

Submitted this 18th day of April

Roger C. Lanier
Roger C. Lanier
220979 "Pro Se"