IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ROGER CHARLES LANIER, #220979, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 2:06cv353-WHA |
| | ) | |
| BOB RILEY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Upon consideration of the Plaintiff's Motion for Temporary Restraining Order, filed on April 19, 2006, it is hereby

ORDERED that the motion is DENIED.

This case is referred to Magistrate Judge Delores R. Boyd for further appropriate action.

DONE this 19th day of April, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE