IN THE DISTRICT COURT OF THE
UNITED STATES FOR THE MIDDLE
DISTRICT OF ALABAMA, NORTHERN DIVISION

ROGER CHARLES LANIER
220979    "Pro Se"
            Plaintiff,

V.

Governor BOB RILEY, et al.,
            Defendants.

2:06-CV-353-WHA
[WO]

2006 APR 26 A 9:45

## MOTION FOR AN EXTENSION OF TIME OR AN ENLARGEMENT TO PROPERLY RESPOND TO THE RECOMMENDATION OF THE MAGISTRATE JUDGE

Comes now Roger Charles Lanier, plaintiff in the above style cause "pro se" requesting this Honorable Court to grant plaintiff an extension of time/enlargement of time to respond to the Recommendation of the Magistrate Judge's order on the 20th of April giving the plaintiff until May 3, 2006 to file objections to the Magistrate's recommendations for the following reasons:

1. Plaintiff is being housed on a Segregation Mental Health Unit where the only access to courts is a legal kit once a week. Plaintiff has no adequate, effective and meaningful access to courts making it a real slow process to get materials and books to accurately write down the proper Constitutional violations that the defendants abridged with Deliberate Indifference.

1

2. Plaintiff needs to correct the misinterpretation of the metorious claims by the Majistrate Judge. The Honerable Majistrate Judge misunderstood plaintiff's metorious claims on several occassions either by plaintiff's not being clear or by typographical error. Plaintiff request time to name and explain each claim carefully.

3. Plaintiff is in need of counsel and is under retailitory acts making it hard to litigate because of the games being played with delaying plaintiff's mail, reading in and out going, thus delaying it.

4. Plaintiff needs paper

Wherefore all premises being considered the plaintiff prays that this Honerable Court will grant this motion for an extension of time/enlargement of time for good cause shown.

Submitted this 25th day of April, 2006.

Roger C. Lanier
220979    "Pro Se"