IN THE DISTRICT COURT OF THE UNITED STATES FOR THE MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

ROGER CHARLES LANIER
220979        "Pro Se"
           Plaintiff,

v.

Gov. BOB RILEY, et al.,
           Defendants,

Civil Action No.: 2:06-CV-353-WHA

RECEIVED
2006 MAY -2 A 9:33

## MOTION REQUESTING THIS HONERABLE COURT TO ISSUE AN ORDER FOR A DRUG TEST TO BE TAKEN OF BLOOD AND URINE FROM THE PLAINTIFF

Comes now Roger C. Lanier, plaintiff in the above style cause "Pro Se" requesting this Honerable Court to issue an order directing the ALABAMA DEPARTMENT OF CORRECTIONS to take a drug test from plaintiff from plaintiff's blood and urine. Plaintiff also request this Honerable Court to ORDER the drug tests to be done by an outside lab since the ADOC and some of it's employees are defendants in this said action which may or may not prevent a true reading of the test results. Plaintiff requests this for the following reasons:

1. Plaintiff is a competent adult inmate who is not a Mental Health patient and who refuses Mental Health treatment of any kind. Plaintiff is being slipped the psychotropic medications in plaintiff's food, hot water and ice water. This is being done because plaintiff is housed on a high-security Mental Health unit with mentally ill inmates who cause plaintiff to be in filthy and dangerous conditions. Plaintiff is

1

being improperly confined in the Segregation unit, being drugged. Plaintiff requests this drug test to prove this beyond a shadow of a doubt.

2. Plaintiff has even had medication (psychotropic) forced on him. On April 21, 2006 Dr. McGunn ordered plaintiff to receive a shot of Haladol and Benydrel.

3. Plaintiff includes EXHIBITS "A" and "B" which are Medical grievances forms that Plaintiff filled out and has gotten no response to. These copies of the Medical grievances are dated 4-24-06 and 4-25-06. Plaintiff has also filled out numerous sick call slips requesting for a drug test to be taken but has received no response.

4. Plaintiff has also informed the warden of Kilby Correctional Facility of the matters also, to no avail.

5. Plaintiff is requesting this because this will be one of the many constitutional violation named in the plaintiff's objections to the Honorable Magistrates Recommendation, due on May 18, 2006.

6. Plaintiff was last drugged on the 28th of April, 2006. Plaintiff's right to the Doctrine of Informed Consent has been totally violated from a medical intake, to refusal, to force medication.

7. Plaintiff request a copy of the results be given to this Honorable Court and a copy to the plaintiff.

Wherefore all premises being considered the plaintiff prays this Honorable Court grants this motion for just good cause shown and for the much needed evidence relevant to the Plaintiff's Eighth Amendment claims in this action.

Submitted this 1st day of May, 2006.

*Roger C. Lanier*
Roger C. Lanier
220979 "Pro Se"

2