Prison Health Services, Inc.

## Inmate Grievance

(15)

NAME: Roger C. Lanier   AIS#: 220979   UNIT: MHU-Cell 11   DATE: 4/24/06

On the 18th of April I was drugged on this unit. I filled out sick call slips everyday and still have been denied adequate medical care. I stopped eating or drinking on this unit because of this. Dr McGuun had a shot of haledol and benydrel forced on me on the 21st of April. I am not a threat to myself or to others so this shot was forced on me because the court issued an order demanding to know about meds being slipped to me without my consent from the Northern District. Then my mail was read where I asked the Middle district to send someone to take a sample of my blood, to cover Dr McGuun forced the shot on me that he had drugged me with on the 18th of April. I am not on a hunger strike I just fear for my well-being on this unit any longer. Others back here are being drugged without there consent also.
I have wrote 2 prior grievances and have not gotten a response

INMATE SIGNATURE: Roger C. Lanier

PART B-RESPONSE

DATE RECEIVED

P.H.S Department Head Signature

DATE

Prison Health Services, Inc.

Inmate Grievance

| | | | |
|---|---|---|---|
| Roger C. Lanier | 220979 | MHU-Cell 11 | 4-25-06 |
| NAME | AIS# | UNIT | DATE |

**PART A - Inmate Grievance**

I am a competent adult who has refused Mental Health treatment according to the Doctrin of Informed Consent I have that Constitutional right. Nevertheless Mental Health will not release me from the lock-down Mental Health unit. I have not and am not a threat to myself or to anyone else and I want to be released. I am mixed with Mentally ill inmates which violates my rights. I have been forced prescribed (not mine) medications (psychotropic). I am being denied adequate medical care. I have placed sick call slips in since April 18, 2006. (Medically). I have requested to speak to the treatment committe but have been denied, violating my due process. I am being improperly placed in segregation with defective plumbing. I am being told that I am here for an assessment hearing but no form of due process has been started to being this action to start with a notice of hearing in writing. I am being illegally confined in seg and mentally ill inmate health unit.

Roger C. Lanier
INMATE SIGNATURE