IN THE DISTRICT COURT OF
THE UNITED STATES FOR THE
MIDDLE DISTRICT OF
ALABAMA, NORTHERN DIVISION

RECEIVED
2006 MAY 10 A 9:26

ROGER CHARLES LANIER }
#220979     "Pro Se" }
            plaintiff }
                      }
                      }
V.                    }     2:06-CV-353-WHA
                      }
                      }
GOVERNOR BOB RILEY,   }
et al.,               }
         Defendants.  }

## MOTION FOR PRE DISCOVERY FOR CLARITY FOR THIS HONERABLE COURT ON PLAINTIFF'S CLAIMS

Comes now Roger Charles Lanier, plaintiff, "Pro Se" in the above style cause requesting this Honerable Court to issue an order upon the Alabama Department of Corrections to Subpoena The plaintiff's Institutional file/Inmate Jacket for the following reasons:

1. Plaintiff's Institutional file/Inmate

1

Jacket will give this Honorable Court a Factual Record to go along with the plaintiff's factual allegations and claims to be presented in the plaintiff's opposition/clarification to the Honorable Magistrate Judge's recommendation.

2. The plaintiff's institutional file/Inmate Jacket will prove the facts alleged do not rise to the irrational, ramblings of a troubled delusional individual and neither are they the claims of a fantastic or delusional scenarios.

3. The Plaintiff's Institutional File/Inmate Jacket will show the ongoing history, widespread abuse that was obvious, flagrant and of continued duration of the plaintiff's violations of Constitutional rights and the awareness of the constant awareness of a substantial risk of serious harm to plaintiff.

4. Plaintiff's Institutional File/Inmate Jacket will serve as a basis for this Honorable Court to relate to and tie in other factual records later on in discovery, proving the plaintiff's allegations and claims.

5. As plaintiff Institutional File/Inmate Jacket will plainly show this Honorable Court

2

plaintiff has been followed all over the state of Alabama from camp to camp (facilities) being tormented, assaulted, drugged and attempted to be murdered, with a gun being found at one facility that was going to be used to shoot plaintiff.

6. Plaintiff's Institutional File/Inmate Jacket will show the Bold improper confinement in segregations and Mental Health Segregations, the denial of due process, violation of liberty Intrests dealing with classification, and more.

7. Plaintiff's Institutional File/Inmate will enlighten this Honerable Court on the fear, mental anguish and misery plaintiff has suffered

8. As plaintiff has stated to this Honerable Court Already that plaintiff is presently suffering repeated harassing cell searches done in retaliation for plaintiff's complaints of some officers conduct and the reading of the plaintiff's legal mail during these cell searches along with the taking of plaintiff's pen and denial of adequate access to Courts due to the filing of this 1983 action. plaintiff's incoming and outgoing priviledged Legal Mail is being

read just as plaintiff has stated before.

9. Plaintiff would like to point this Honorable Court's attention to the U.S. District Court of the Northern ~~~~~~ District of Alabama, Southern Division, case No: CV04-J-209-S from February, 2005 to the present date noticing the filed motions concerning this Honorable Court's present plaintiff's claims which are meritorious.

Wherefore all premises being considered the plaintiff requests this motion be granted directing the ADOC in a Court order to supply this Honorable Court and plaintiff with a copy of plaintiff's whole Institutional file/Inmate Jacket to be inspected and reviewed by this Honorable Court and plaintiff, producing a factual basis for plaintiff's meritorious claims.

Submitted the 4th day of May, 2006.

Respectfully Submitted

Roger C. Lanier
Roger C. Lanier – Pro-Se
220979

4