IN THE DISTRICT COURT OF
THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA

RECEIVED
2006 MAY 10 A 9:26

ROGER CHARLES LANIER
220979          Pro Se
                Plaintiff

V.                                    2:06-CV-353-WHA

GOVERNOR BOB RILEY et al.,
            Defendants

## PLAINTIFF'S PRODUCTION OF EXHIBIT FROM APRIL 20 - MAY 3, 2006

Comes now Roger C. Lanier, Plaintiff in the above style cause presenting the activities of these days as evidence of which the plaintiff will produce much more. There are 3 pages.

Submitted 4th of May 2006

_Roger C. Lanier_
Roger C. Lanier
220979          Pro Se

On April 20, 2006, I awoke and noticed my shoes/new had been damaged by officer Charlton on 3rd shift. I reported it to officer Williams on 1st shift and asked to speak to LT. Bolding. I asked officer Williams to log it in his log. He said he wouldn't and told me to tell the 3rd shift supervisor. I have not ate or drunk anything. I am not on a hunger strike I just can't trust the people on this unit. I was not called or seen for sick call again. I asked why and asked to be seen but was ignored. I feel as if I am being delayed or denied medical care until the substances pass through my system.

On April 21, 2006, I fell out in my cell. Officer Munroe, Watters and LT. Bolding came along with a hoots of nurses. I told LT. Bolding that I was not on a hunger strike but I refused to take anything else on this unit because I was being drugged. I asked him to please get me off this unit. This facility had gotten a copy of the court order yesterday about me being administered prescribed medications without my permission. Dr. McGuinn ordered for me to be given forciably a shot of Halodol and benydrel that knocked me out, for no reason at all. This was my third day of no eating but at the most a I.V. should have been started not psychotropic medications against my consent, which was actually administered to cover for the medications he has been giving me all along because he has been getting paid by the civilian who is paying him to harm me mentally with these drugs. The warden passed through after I was sedated and noted that I was on a hunger strike and this is not true. I want and need to eat but I don't want no medicine. I have wrote the warden several times telling him I am not on a hunger strike and I fear for my well-being back here to no avail. When I awoke it was 2:00 A.M. and my legal work had been gone through and read because it had been laid on the floor and spread out not in my bed under my sheet where I left it. Before I went to sleep my counselor asked for my numbers in my pocket so she could call someone for me. Someone had to have told her it was in there or she must have seen it on camera as someone went through my belongings.

On April 22, 2006, I awoke at 4:00 A.M and denied my breakfast. I went back to sleep until 1:00 P.M. I had been sleep nearly 24 hrs since the forced shot on me against my consent. This shot of Halodol and Benydrel did not make me start eating nor was it necessary, I was already calm, laying down and I was in good composure. I should have had a I.V. run on me if anything I was given this shot because the Mental Health Staff read my outgoing legal work requesting for a blood/urine test from the courts so they messyl tryed to cover for the already present drugs in my system. Also another court issued a order that ADOC recieved on the 21st to give reasons why they did give me medications without my consent. I filled out a sick call slip to be seen Monday about me being drugged on the 18th. I also filled out another grievance form on the doctor McGuinn about this unit and my forced meds. I ate a bag of chips.

On April 23, 2006, I still haven't eaten because of the involuntary use of psychotropic medications used in the food. I gave a letter of correspondence to officer Harriss addressed to the warden dated 24th April. A medical grievance to Nurse Richardson in which it is dated the 24th of April and a copy of both are enclosed. I wrote LT. Bolding a correspondence and put it out on third shift, copy is on file. I gave LT. Bolding's correspondence to third shift/first shift officer McCray.

On April 24, 2006, LT. Bolding came to see me twice and said he was working on getting me out. At lunch Mr. Love, the physical therapist bought me a 2 piece chicken dinner from Kentucky Fried Chicken under the conditions that I can have the dinner if I try the meal served at the evening chow. I ate the chicken dinner and at evening chow played over the food. I dranked half of a ensure. Mr. Love assured me that everything was fine and that it was for today on.

On April 25, 2006, I ~~did not eat breakfast. I was told to eat a bite of~~ lunch and I would probably get out of Mental Health lock-up. I bit the cornbread and a couple of green beans and that was it. On second shift we went for a walk and while on this walk Sgt. Woods came into my cell and took one of my ink pens, some mustard packs and rambled and read my legal work through. The therapist came along at dinner encouraging me to eat so I tried the chicken pattie and I only ate a corner of it and I was sedated again. When I awoke I told Dr. Moorehouse what happened. I asked officer HALL to log it in that I was drugged but he said he wasn't. I told the nurse that I was drugged and filled out a sick call slip stating that. Sgt. Woods came by my cell as I requested and I asked him why did he come in my cell and take my pen to do my legal work with and he denied it but everyone present on the unit said he did it. I wrote a request to the warden and captain and a letter to the Northern District Court including the letters I wrote the warden all this time. I gave the request to officer Chatman on third shift.

On April 26, 2006, I did not eat because I was still on the unit. I saw the medical practitioner today and was told I was developing a urinary track infection and I needed to take antibiotics which I refused because this was belived to be a tactic to clean my system of any illegal drugs given to me, therefore not allowing the Court's to get a clean drug tests without a true reading. I did not get to talk to the treatment team today, again. I am feeling a little loss of energy. I filled out another sick call slip requesting a drug test and x-rays for my back, to the second shift nurse. I saw the commissioner today and he made his way to my door and looked at my door ticket but said nothing. I briefly told him my situation but he remained in silence. He was escorted by LT. Bolding who said they were working on getting me out of here.

On April 27, 2006, I did not eat the the Unit a inmate offered some corn chips on a piece of paper, so I asked Ofr Moorehouse, if I could have them then thought about it and declined. I wrote a request to Dr McGuinn to be moved to west ward at my risk relieving Mental Health and ADOC of responsibility of me, but was refused.

On April 28, 2006, I was brought some popeyes chicken from Dr McGuinn and I ate it and dranked 2 ensures and was sadated with medication again. I will not eat opened food again. My toilet kept running after I flushed it and water came under the sink and flooded my cell. The Maintence never came. The officer turned off the water in my cell, then turned it back on and the toilet stopped continous running but maintence never came. I was given a mop though my food tray to clean up the water with which left pubic hairs on my shirt. My chest has started hurting from the food

On April 29, 2006, I have not eaten because I know there is medicine in my food. The nurse said that I have a cologenic shot ordered for me, which I refused. I filled out a sick call slip about my chest hurting and being drugged and gave it to officer Hall, A Nurse came and said he was gonna give me some pepto-bismol and I asked for it to be poured in my view and he refused to do it. I told him I didn't want it when he brought it to me because I knew he was trying to slip me a cologenic dose in the pepto bismol to offset the drugs I was given yesterday. I do not want or am not supposed to be on drugs. My chest pains continued so I wrote another request to the nurse for Medical treatment a copy of this request is enclosed. I requested to speak to sgt. Rudolph and he said he would be back, but never showed up.

On April 30, 2006, I wrote hand-mail correspondence to the warden and to Captain Berrit dated for May 1, 2006 requesting an adequate food supply and informing them both that I had been drugged again by Dr McGuinn and gave a copy of the Nurse's request about the incident dated 4-29-06. Mailed out Motion requesting a order for a Drug test to middle District Court. Third shift officer Mitchell

On May 1, 2006, I have not eaten, or drunk anything. The Treatment Team committee that holds people in here met today and saw inmates but refused to see me.

On May 2, 2006, Maintence inmate came by and recorded the problems with my toilet and sink.

On May 3, 2006, Maintenence men came but didn't fix my toilet from backing up or sink. I bought food off of the Comissary (packaged food). Sgt woods and officer J. Craig came on the Mental Health unit from Seg to search my cell, read my legal work while officers held me outside on a walk. I have asked sgt woods several times to please stop these harrassing cell searches He is a active defendant in my 1983 action. I told sgt Rudolph and am suppose to talk to the Capt. tommorow. File a motion of pre discovery to get Inmate File. Mailed out on 3rd shift, officer Chatman worked Mental Health Unit.