IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROGER CHARLES LANIER, #220979, )<br> )<br>    Plaintiff, )<br> )<br>   v. )<br> )<br> )<br>GOV. BOB RILEY, et al., )<br> )<br>    Defendants. ) | CIVIL ACTION NO. 2:06-CV-353-WHA<br>[WO] |

**ORDER ON MOTION**

Upon consideration of the motion for discovery filed by the plaintiff on May 10, 2006 (Court Doc. No. 13), in which the plaintiff requests that this court review his institutional file, and as such review is unnecessary, it is

ORDERED that this motion be and is hereby DENIED.

Done this 11th day of May, 2006.

                                        **/s/ Delores R. Boyd**
                                        DELORES R. BOYD
                                        UNITED STATES MAGISTRATE JUDGE